UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN LUMBARD, et al.,

       Plaintiffs,

v.

CITY OF ANN ARBOR,

       Defendant.

_____/

Case No. 2:17-cv-13428

HON. STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 7, 2018, Plaintiffs' claims are dismissed with prejudice.

                  DAVID J. WEAVER
                  CLERK OF THE COURT

                  BY: s/ D. Parker
Dated: February 7, 2018     Deputy Clerk

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2018, by electronic and/or ordinary mail.

                  s/ David Parker
                  Case Manager